AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Adan Figueroa-Aguilar

IAE   YOB: 1971
El Salvador
(Name and Address of Defendant)

*United States District Court*
*Southern District of Texas*
*FILED*
*DEC 19 2019*
*David J. Bradley, Clerk*

**CRIMINAL COMPLAINT**

Case Number: M-19-3110-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 18, 2019** in **Starr** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Rio Grande City, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Adan Figueroa-Aguilar was encountered by Border Patrol Agents near Rio Grande City, Texas on December 18, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on December 18, 2019, near Rio Grande City, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on October 14, 2019 through Alexandria, Louisiana. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On July 20, 2016 the defendant was convicted of 8 USC 1326 Illegal Re-Entry and sentenced to twenty (20) months confinement.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes  ☒ No

Complaint authorized by AUSA _Scott Greenbaum 12/19/19_

Sworn to before me and subscribed in my presence,
**December 19, 2019**
Date

Signature of Complainant
**Jon M. Chan**
Printed Name of Complainant

**J Scott Hacker**, **U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer